UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------- X
                                                        :
BELLA INGBER, SABRINA MASLAVI,                          :
and SAUL TAWIL,                                         :
                                                        :
                       Plaintiffs,                      :
                                                        :  Case No. 1:23-cv-10023-PAC
      -against-                                         :
                                                        :
NEW YORK UNIVERSITY,                                    :
                                                        :
                       Defendant.                       :
                                                        :
------------------------------------------------------- X
```

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## BY SAUL TAWIL

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Saul Tawil hereby notices the dismissal of his claims against Defendant New York University ("NYU"), without prejudice, prior to NYU serving an answer or a motion for summary judgment.

This notice of dismissal shall not be construed as a dismissal by Plaintiffs Bella Ingber or Sabrina Maslavi. Plaintiffs Ingber and Maslavi's claims against NYU remain pending.

Dated: December 5, 2023

    Respectfully submitted,

    **KASOWITZ BENSON TORRES LLP**

    By:   */s/ Marc E. Kasowitz*
         Marc E. Kasowitz
         Daniel R. Benson
         Mark P. Ressler
         Andrew L. Schwartz
         Joshua E. Roberts
         Jillian R. Roffer
         Yarden Hodes
         William Wolfe Taub
         1633 Broadway
         New York, New York 10019
         Tel: (212) 506-1700

    *Attorneys for Plaintiffs*