UNITED STATED DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BELLA INGBER, SABRINA MASLAVI, and SAUL TAWIL<br><br>    Plaintiffs<br><br>v.<br><br>NEW YORK UNIVERSITY,<br><br>    Respondent | CASE NO: 1:23-cv-10023-PAC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ANSWER SCHEDULE** |

**STIPULATION AND [PROPOSED] ORDER REGARDING ANSWER SCHEDULE**

WHEREAS, on November 14, 2023, plaintiffs Bella Ingber, Sabrina Maslavi, and Saul Tawil (collectively, "Plaintiffs"), filed a complaint against defendant New York University ("NYU" or "Defendant"),

WHEREAS, Plaintiffs served NYU with the complaint on November 15, 2023,

WHEREAS, under Federal Rule of Civil Procedure 12, NYU's response to the complaint is due on December 6, 2023,

WHEREAS, counsel for Plaintiffs and NYU have met and conferred and hereby enter into the stipulation set forth below,

WHEREAS, this is the NYU's first request for an extension of time,

IT IS NOW, THEREFORE, HEREBY STIPULATED AND AGREED, by and between Plaintiffs and NYU, through their undersigned attorneys and subject to the Court's approval, that:

1. NYU's deadline to respond to the Complaint is moved to January 5, 2024.

IT IS SO STIPULATED AND AGREED TO THIS 4TH OF DECEMBER 2023.

Counsel for the Parties:

_____
Marc E. Kasowitz
Kasowitz, Benson, Torres LLP (NYC)
1633 Broadway
New York, NY 10019
212-506-1710
Fax: 212-506-1800
Email: MEKcourtnotices@kasowitz.com

*Attorneys for Plaintiffs*

Daniel M. Petrocelli
*Pro Hac Vice Admission Pending*
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779
E-mail: dpetrocelli@omm.com

_____
Daniel L. Cantor
O'MELVENY & MYERS LLP
7 Times Square
30th Floor
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
E-Mail: dcantor@omm.com

*Attorneys for Defendant New York University*

SO ORDERED.

Dated: 12/7/2023

New York, New York

_____
JUDGE PAUL A. CROTTY
United States District Judge