O1GAAKASC                       Conference

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

INGBER, ET AL.,

               Plaintiffs,

          v.                               23 CV 10023 (PAC)

NEW YORK UNIVERSITY,

               Defendant.

------------------------------x
                                           New York, N.Y.
                                           January 16, 2023
                                           2:45 p.m.
Before:

                     HON. PAUL A. CROTTY,

                                           District Judge

                          APPEARANCES

KASOWITZ, BENSON, TORRES LLP
     Attorneys for Plaintiff Ingber, Et Al
BY:  MARK P. RESSLER
     ANDREW SCHWARTZ
     JOSHUA ROBERTS

O'MELVENY & MYERS, LLP
     Attorneys for Defendant NYU
BY:  DANIEL M. PETROCELLI
```

1              (Case called)
2              MR. RESSLER:  Mark Ressler, from Kasowitz Benson
3    Torres, on behalf of plaintiffs.
4              Good afternoon, your Honor.
5              THE COURT:  Hello, Mr. Ressler.
6              MR. PETROCELLI:  Daniel Petrocelli, of O'Melveny &
7    Myers, on behalf of defendant NYU.
8              THE COURT:  Mr. Petrocelli, how are you?
9              MR. PETROCELLI:  I'm fine, your Honor.  Thank you.
10             There are other counsel I think for both parties on
11   the line as well.  You want to identify yourselves?
12             MR. RESSLER:  Sure, your Honor.  On behalf of
13   plaintiffs, as well as me, we have Andrew Schwartz and Joshua
14   Roberts.
15             THE COURT:  Okay.
16             MS. TAYLOR:  Jennifer Taylor, from O'Melveny & Myers.
17             MR. MILLER:  Will Miller, from the NYU Office of
18   General Counsel.
19             MR. VARUGHESE:  Matt Varughese, the Office of General
20   Counsel for NYU.  Thank you.
21             THE COURT:  Mr. Petrocelli, this is your application.
22   So you want to go ahead and tell me what that's about?
23             MR. PETROCELLI:  Yes, your Honor.
24             When we received the original complaint of this action
25   we submitted a document Number 19 premotion letter in

1   anticipation of a motion to dismiss.  And the plaintiff's
2   counsel responded in Document 20 disagreeing with our position
3   but also indicating that they intend to file an amended
4   complaint by the end of this month.  So, my suggestion is that
5   there's no utility in addressing a complaint that's about to be
6   superseded and that we await for the amended complaint which
7   plaintiff's counsel has indicated not only will it have
8   additional allegations but additional plaintiffs.
9             So, my suggestion is that we'll evaluate their amended
10  complaint once we receive it, assess whether we intend to make
11  a motion, and if so, we'll submit another letter to your Honor.
12            THE COURT:  All right.  Is this agreeable with all
13  parties?
14            MR. RESSLER:  Yes, judge, that's correct.  Counsel is
15  correct in that at the end of the month we are going to file an
16  amended complaint that will include additional plaintiffs, as
17  well as additional allegations concerning abuse and harassment
18  of students at NYU.
19            So, we propose that the parties meet and confer once
20  we get that amended complaint on file, and then we can submit
21  to your Honor for your Honor's consideration a proposed
22  briefing schedule to the extent that NYU decides it still wants
23  to proceed with a motion to dismiss.
24            THE COURT:  All right.  That's fine with me.
25            So you'll meet and confer within a week to ten days

O1GAAKASC                    Conference

1  and then let me know what the schedule is.
2           MR. RESSLER:  Yes, judge.
3           MR. PETROCELLI:  Yes, your Honor.
4           THE COURT:  All right.  Anything else to do today?
5           MR. RESSLER:  Nothing from plaintiffs.
6           MR. PETROCELLI:  Not for defendants.  And thank you
7  very much, your Honor.
8           THE COURT:  Thank you for being so cooperative.  I
9  appreciate it.  Talk to you soon.
10                          (Adjourned)