# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

BELLA INGBER, SABRINA MASLAVI, NEVO YEMINI, AVIGAIL TEILER, and STUDENTS AGAINST ANTISEMITISM, INC.,

        Plaintiffs,

-against-

NEW YORK UNIVERSITY,

        Defendant.

---

Case No. 23-cv-10023-PAC

**DECLARATION OF SERVICE**

## DECLARATION OF ANDREW L. SCHWARTZ

I, Andrew L. Schwartz, hereby declare:

1. I am a partner of the law firm Kasowitz Benson Torres LLP, which represents plaintiffs in the above-captioned action. I am not a party to this action and am over 18 years of age.

2. On February 1, 2024, I caused a copy of the Amended Complaint in this action (ECF No. 25) to be served upon the New York City Commission of Human Rights ("CCHR") by uploading a copy of the same to the website designated by CCHR to receive copies of civil complaints pursuant to New York City Administrative Code § 8-502(c). I received a confirmation email from CCHR assigning my submission a Correspondence Number of 1-1-8892318.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      February 13, 2024

                                                          */s/ Andrew L. Schwartz*
                                                                 Andrew L. Schwartz