UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
BELLA INGBER, SABRINA MASLAVI,
NEVO YEMINI, AVIGAIL TEILER, and
STUDENTS AGAINST ANTISEMITISM,
INC.,

          Plaintiffs,

 -against-

NEW YORK UNIVERSITY,

          Defendant.
------------------------------------------------------- X

Case No. 23-cv-10023-PAC

**DECLARATION OF SERVICE**

## DECLARATION OF EMILY A. LOWE

I, Emily A. Lowe, hereby declare:

1. I am an associate with the law firm Kasowitz Benson Torres LLP, which represents plaintiffs in the above-captioned action. I am not a party to this action and am over 18 years of age.

2. On February 1, 2024, I caused a copy of the Amended Complaint in this action (ECF No. 25) to be served upon New York Attorney General Letitia A. James via Federal Express at the Office of the Attorney General, 28 Liberty Street, 15th Floor, New York, New York 10005. I received confirmation that the delivery was completed on February 2, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       February 13, 2024

_____
Emily A. Lowe