UNITED STATED DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BELLA INGBER et al.,<br>             Plaintiffs<br><br>v.<br><br>NEW YORK UNIVERSITY,<br><br>             Defendant | CASE NO:  1:23-cv-10023-LAP<br><br>**STIPULATION AND ORDER FOR BRIEFING SCHEDULE** |

WHEREAS, on January 16, 2024, the Court held a telephonic conference and ordered the parties to propose an agreed upon briefing schedule after Plaintiffs filed their amended complaint on January 31, 2024 (Dkt. No. 25);

IT IS NOW, THEREFORE, HEREBY STIPULATED AND AGREED, by and between Plaintiffs and NYU, through their undersigned attorneys and subject to the Court's approval, that:

1. NYU's deadline to move to dismiss the amended complaint is Monday, March 18, 2024;

2. Plaintiffs' deadline to oppose NYU's motion is Monday, April 29, 2024;

3. NYU's deadline to file a reply in further support of its motion to dismiss the amended complaint is Tuesday, May 14, 2024;

4. NYU's opening brief and Plaintiffs' opposition brief shall be no longer than forty-five (45) pages each; and

5. NYU's reply brief shall be no longer than eighteen (18) pages.

IT IS SO STIPULATED AND AGREED TO THIS 13TH OF FEBRUARY, 2024.

Counsel for the Parties:

| | |
|---|---|
| /s/ Marc. E. Kasowitz | /s/ Daniel M. Petrocelli |
| Marc E. Kasowitz | Daniel M. Petrocelli |
| Daniel R. Benson | *Admitted Pro Hac Vice* |
| Mark P. Ressler | O'MELVENY & MYERS LLP |
| Andrew L. Schwartz | 1999 Avenue of the Stars |
| Joshua E. Roberts | 8th Floor |
| Jillian R. Roffer | Los Angeles, California  90067-6035 |
| Yarden Hodes | Telephone: (310) 553-6700 |
| William Wolfe Taub | Facsimile: (310) 246-6779 |
| KASOWITZ BENSON TORRES LLP | E-mail: dpetrocelli@omm.com |
| 1633 Broadway | |
| New York, New York 10019 | Daniel L. Cantor |
| Tel:  (212) 506-1700 | O'MELVENY & MYERS LLP |
| Fax: 212-506-1800 | 7 Times Square |
| | 30th Floor |
| *Attorneys for Plaintiffs* | New York, NY 10036 |
| | Telephone: (212) 326-2000 |
| | Facsimile: (212) 326-2061 |
| | E-Mail: dcantor@omm.com |
| | |
| | *Attorneys for Defendant New York University* |

SO ORDERED.

Dated: March 13, 2024
       New York, New York

_____
HON. LORETTA A. PRESKA
Senior United States District Judge