```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| BELLA INGBER, et al.,<br><br>                Plaintiffs,<br><br>-against-<br><br>NEW YORK UNIVERSITY,<br><br>                Defendant. | No. 23-CV-10023 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the letters filed by proposed Intervenor Andrew Ross, (see dkt. nos. 22, 33), as well as the letter responses filed by Plaintiffs and Defendant New York University, (see dkt. nos. 23, 24).

    Counsel for the parties and counsel for Mr. Ross shall appear for a conference at 10:00 a.m. on March 21, 2024, to address Mr. Ross's anticipated motion to intervene.  The conference shall take place in Courtroom 12A, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Dated:    March 13, 2024
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1