UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BELLA INGBER, SABRINA MASLAVI, NEVO YEMINI, AVIGAIL TEILER, and STUDENTS AGAINST ANTISEMITISM, INC.,<br><br>Plaintiffs,<br><br>-against-<br><br>NEW YORK UNIVERSITY,<br><br>Defendant. | Case No. 1:23-cv-10023-LAP<br><br>Hon. Loretta A. Preska<br><br>**NOTICE OF NEW YORK UNIVERSITY'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(1), (6) AND TO STRIKE PURSUANT TO FED. R. CIV. P. 12(F)**<br><br>**Oral Argument Requested** |

PLEASE TAKE NOTICE that Defendant New York University ("NYU"), by and through its counsel, hereby moves this Court to dismiss the Amended Complaint ("FAC") in the above-captioned matter pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6). In particular, the Court should dismiss the entire FAC with prejudice under Rule 12(b)(6) for failure to state a claim. Each cause of action relates to NYU's response to alleged incidents of antisemitism, but far from plausibly alleging any violation or deliberate indifference, the FAC reflects NYU's consistently forceful response to antisemitism on campus. In addition, this Court can also dismiss the FAC pursuant to Rule 12(b)(1) because: (i) Plaintiffs lack standing to pursue their request for injunctive relief; (ii) Plaintiff Students Against Antisemitism, Inc. lacks associational standing; and (iii) all the Individual Plaintiffs' claims are not ripe for review. In the alternative, NYU moves pursuant to Federal Rule of Civil Procedure 12(f) to strike the FAC's request for relief to the extent it relates to specific disciplinary measures and/or the termination of NYU employees. In support of this

Motion, NYU relies upon and incorporates by reference: (i) its accompanying Memorandum of Law; (ii) the accompanying Declaration of Daniel L. Cantor, dated March 18, 2024, and all exhibits attached thereto; and (iii) the accompanying Declaration of Jason Pina, dated March 18, 2024.

Dated:  March 18, 2024                                           Respectfully submitted,

/s/ Daniel M. Petrocelli
Daniel M. Petrocelli*
*Pro Hac Vice*
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779
E-mail: dpetrocelli@omm.com

Daniel L. Cantor
Anton Metlitsky
Jennifer B. Sokoler
O'MELVENY & MYERS LLP
7 Times Square
30th Floor
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
E-mail: dcantor@omm.com
           ametlitsky@omm.com
           jsokoler@omm.com

*Counsel for Defendant New York University*