UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BELLA INGBER, SABRINA MASLAVI, NEVO YEMINI, AVIGAIL TEILER, and STUDENTS AGAINST ANTISEMITISM, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> NEW YORK UNIVERSITY, <br><br> Defendant. | Case No. 1:23-cv-10023-LAP <br><br> Hon. Loretta A. Preska |

## DECLARATION OF JASON PINA

I, Jason Pina, declare as follows:

1. I am the Senior Vice President for University Life at New York University (NYU or University) and have been in this role since July 2023. In this role, I am familiar with NYU's practices for documenting and investigating complaints of discrimination, conducting disciplinary proceedings, and imposing sanctions for violations of NYU's policies. I am also familiar with NYU's efforts to reduce antisemitism on campus, including NYU's response to incidents of antisemitism on campus following the October 7, 2023 terrorist attack perpetrated by Hamas. Accordingly, I am familiar with the facts set forth in this declaration.

2. I submit this declaration in support of NYU's Motion to Dismiss Plaintiffs' Complaint.

3. Following the terrorist attack on October 7, NYU swiftly took a number of steps to reduce antisemitism on campus, and NYU's efforts remain ongoing. For example, the University adopted a 10 Point Plan to address student safety and well-being, and NYU is continuing to implement the initiatives outlined in that plan.

4.      Consistent with those initiatives, NYU has also moved quickly to investigate incidents of antisemitism on campus, and many of those investigations are ongoing. For example, since October 7, NYU's Office of Student Conduct (OSC) has reviewed more than 160 cases involving alleged violations of its conduct policies, including those related to antisemitism. A number of these cases have resulted in discipline, while others are still at various stages in the disciplinary process. Similarly, NYU's Office of Equal Opportunity (OEO) has reviewed more than 70 cases involving employees since October 7, many of which are still being investigated.

5.      OSC's investigations and disciplinary processes, while ongoing, have already resulted in a number of disciplinary measures, including campus restrictions and suspensions. ████████████████████████████████████████████████████████████████████

6.      ████████████████████████████████████████████████████████████████████ ████████████████████████ Consistent with NYU's ordinary policies and practices, disciplinary sanctions will take effect following the resolution of any appeal.

7.      OEO is also reviewing cases involving employees alleged to have violated the University's policies and has responded as appropriate to protect the health and safety of its community. For instance, as the University has publicly announced, it has suspended Amin Husain, and he is not currently teaching classes at the University. Lekeisha Dawkins has also been subject to an interim measure and is not currently teaching any classes at NYU.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2024, at New York, New York.

/s/ _____
Jason Pina
Senior Vice President for University Life