UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bella Ingber, et al.,

                    Plaintiffs,                    No. 23-CV-10023 (LAP)

    -against-                                              ORDER

New York University,

                    Defendant.

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the motion to intervene and
supporting papers filed by Andrew Ross, Amene Husain, and Rebecca
Karl (the "Proposed Intervenors").  (See dkt. nos. 46-48, 51-53.)
Plaintiffs, Defendant New York University, and the Proposed
Intervenors shall confer and inform the Court no later than April
19, 2024, of a proposed briefing schedule on the Proposed
Intervenors' motion.  In the alternative, Plaintiffs and Defendant
New York University shall inform the Court no later than April 19,
2024, if they will instead rely upon the letters they have already
submitted on the proposed intervention, (see dkt. nos. 23, 24),
and the arguments they presented at the conference held on March
21, 2024.

**SO ORDERED.**

Dated:    April 15, 2024
          New York, New York

                                _____
                                LORETTA A. PRESKA
                                United States District Judge

                                1