**Jonathan Wallace, Esq.**
**PO #728**
**Amagansett, New York 11930**
**917-359-6234**
**jonathan.wallace80@gmail.com**

April 18, 2024

VIA ECF

Hon. Loretta Preska
United States District Judge,
Southern District of New York

        Re: Ingber v. New York University, 23-CV-10023 (SDNY) (PAC)

Dear Judge Preska:

    I am counsel for the proposed intervenors. The parties have conferred and set the following briefing schedule for the motion to intervene: Plaintiff and defendant will file their opposition tomorrow, April 19. I will file my reply on Friday, April 26.

                                                     Sincerely,

                                                     /s/ Jonathan Wallace