UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
BELLA INGBER, SABRINA MASLAVI, :
NEVO YEMINI, AVIGAIL TEILER, and : Case No. 23-cv-10023-LAP
STUDENTS AGAINST ANTISEMITISM, :
INC., :
:
                Plaintiffs, :
:
   -against- :
:
NEW YORK UNIVERSITY, :
:
                Defendant. :
------------------------------------------------------- X

**PLAINTIFFS' MEMORANDUM OF LAW IN
OPPOSITION TO MOTION TO INTERVENE**

Plaintiffs respectfully submit this memorandum of law in opposition to proposed intervenors' motion to intervene (ECF No. 46).  In opposition to the motion, plaintiffs, pursuant to the Court's permission (ECF No. 54), incorporate by reference their argument at the March 21, 2024 conference and their letters to the Court (ECF Nos. 24 and 36), responding to proposed intervenors' letters to the Court concerning their proposed motion to intervene under Rule 24(a) (ECF Nos. 22 and 33).  Plaintiffs submit this memorandum solely to respond to proposed intervenors' new request to intervene under Rule 24(b).

Proposed intervenors' new request should be denied for the same reasons as their request under Rule 24(a): they mischaracterize the nature of this action and the requested relief, assert at best speculative and contingent interests, seek to inject collateral issues into this litigation, and do not demonstrate that NYU will not represent whatever purported interests they have.  *See In re Bank of N.Y. Derivative Litig.*, 320 F.3d 291, 300 n.5 (2d Cir. 2003) (holding "[s]ubstantially the same factors" apply to both Rule 24(a) and Rule 24(b)); *see also* Fed. R. Civ. P. 24(b)(3) ("[T]he

court must consider whether the intervention will unduly delay or prejudice the adjudication of the original parties' rights.").

Proposed intervenors' motion should be denied in its entirety.

Dated: New York, New York
April 19, 2024

Respectfully submitted,

KASOWITZ BENSON TORRES LLP

By: /s/ *Marc E. Kasowitz*
Marc E. Kasowitz
Daniel R. Benson
Mark P. Ressler
Andrew L. Schwartz
Joshua E. Roberts
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700

*Attorneys for Plaintiffs*