UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BELLA INGBER, et al.,<br><br>                    Plaintiffs,<br><br> -against-<br><br> NEW YORK UNIVERSITY,<br><br>                    Defendant. | No. 23-CV-10023 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has received the motion to intervene and supporting papers filed by Proposed Intervenors Andrew Ross, Amene Husain, and Rebecca Karl, (see dkt. nos. 46-48, 51-53, 60), as well as the papers filed in opposition by Plaintiffs, (see dkt. no. 56), and by Defendant, (see dkt. nos. 58-59).  The parties and Proposed Intervenors shall appear for oral argument on Proposed Intervenors' motion to intervene at 10:00 a.m. on June 12, 2024.

    In addition, the Court hereby grants Defendant's motion requesting oral argument, (see dkt. no. 44), on its motion to dismiss Plaintiffs' Amended Complaint, (see dkt. no. 37.) Plaintiffs' and Defendant's oral argument on Defendant's motion to dismiss shall also take place at 10:00 a.m. on June 12, 2024.

    The arguments on June 12, 2024, shall take place in Courtroom 12A, 500 Pearl Street, New York, New York 10007.  The Clerk of the Court is directed to close docket entry 44.

**SO ORDERED.**

Dated:     May 13, 2024
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge