# O'Melveny

O'Melveny & Myers LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, CA 90067-6035

T: +1 310 553 6700
F: +1 310 246 6779
omm.com

May 15, 2024

Daniel M. Petrocelli
D: 310-553-6700
dpetrocelli@omm.com

**BY ECF**

Honorable Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  *Bella Ingber, et al. v. New York University*, Case No. 1:23-cv-10023-LAP – Request for Adjournment of Oral Argument

Dear Judge Preska:

We represent New York University ("NYU") in the above-captioned matter. Pursuant to Sections 1.A and E of Your Honor's Individual Rules, we respectfully submit this letter to request a short adjournment of the oral argument set by this Court for June 12, 2024 at 10:00 AM to July 8-9, or soon thereafter as convenient to the Court. The reason for this request is that the undersigned lead counsel for NYU has oral argument on June 12 in a federal case in Los Angeles, *Carano v. Walt Disney Co.*, No. 2:24-cv-01009 (C.D. Cal.). The oral argument date on that case was scheduled on April 12. The parties have met and conferred and determined that they are all available for argument on the alternative proposed dates.

This is NYU's first request for an adjournment. Counsel for Plaintiffs and the Putative Intervenors consent to this request.

Sincerely,

/s/ Daniel M. Petrocelli
Daniel M. Petrocelli
Pro Hac Vice
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779
E-mail: dpetrocelli@omm.com

*Handwritten annotation:* Oral argument is adjourned to July 9 at 10:00 in Courtroom 12A.

SO ORDERED
/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
5/16/24