UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BELLA INGBER, et al.,

           Plaintiffs,

-against-

NEW YORK UNIVERSITY,

           Defendant.

No. 23-CV-10023 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has received joint notification from the parties that they have settled the above-captioned case and will promptly file a joint stipulation of settlement.  Accordingly, the oral argument scheduled for 10:00 a.m. on Tuesday, July 9, 2024, is canceled.

**SO ORDERED.**

Dated:    July 8, 2024
            New York, New York

                                    */s/ Loretta A. Preska*
                                    LORETTA A. PRESKA
                                    Senior United States District Judge

1