## UNITED STATED DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BELLA INGBER et al.,<br>     Plaintiffs<br><br>   v.<br><br>NEW YORK UNIVERSITY,<br><br>     Defendant | CASE NO:  1:23-cv-10023-LAP<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Bella Ingber, Sabrina Maslavi, Nevo Yemini, Avigail Teiler, and Students Against Antisemitism, Inc., on the one hand, and Defendant New York University, on the other, by and through their undersigned counsel, hereby stipulate that this action, and all claims and defenses asserted therein by all parties, be dismissed with prejudice.

IT IS SO STIPULATED AND AGREED TO THIS 9TH OF JULY, 2024.

Counsel for the Parties:

| | |
|---|---|
|    */s/ Marc Kasowitz*               |   */s/ Daniel Petrocelli*          |
| Marc E. Kasowitz | Daniel M. Petrocelli |
| Daniel R. Benson | *Admitted Pro Hac Vice* |
| Mark P. Ressler | O'MELVENY & MYERS LLP |
| Andrew L. Schwartz | 1999 Avenue of the Stars |
| Joshua E. Roberts | 8th Floor |
| Jillian R. Roffer | Los Angeles, California  90067-6035 |
| Yarden Hodes | Telephone: (310) 553-6700 |
| William Wolfe Taub | Facsimile: (310) 246-6779 |
| KASOWITZ BENSON TORRES LLP | E-mail: dpetrocelli@omm.com |
| 1633 Broadway | |
| New York, New York 10019 | Daniel L. Cantor |
| Tel:  (212) 506-1700 | Anton Metlitsky |
| Fax: 212-506-1800 | Jennifer B. Sokoler |
| | O'MELVENY & MYERS LLP |
| *Attorneys for Plaintiffs* | 1301 Avenue of the Americas |
| | 17th Floor |
| | New York, NY 10019 |
| | Telephone: (212) 326-2000 |
| | Facsimile: (212) 326-2061 |
| | E-Mail: dcantor@omm.com |
| |           ametlitsky@omm.com |
| |           jsokoler@omm.com |
| | |
| | *Attorneys for Defendant New York University* |