# UNITED STATED DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BELLA INGBER et al.,<br>       Plaintiffs<br><br>v.<br><br>NEW YORK UNIVERSITY,<br><br>       Defendant | CASE NO:  1:23-cv-10023-LAP<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Bella Ingber, Sabrina Maslavi, Nevo Yemini, Avigail Teiler, and Students Against Antisemitism, Inc., on the one hand, and Defendant New York University, on the other, by and through their undersigned counsel, hereby stipulate that this action, and all claims and defenses asserted therein by all parties, be dismissed with prejudice.

IT IS SO STIPULATED AND AGREED TO THIS 10TH OF JULY, 2024.

Counsel for the Parties:

/s/ Marc E. Kasowitz

Marc E. Kasowitz
Daniel R. Benson
Mark P. Ressler
Andrew L. Schwartz
Joshua E. Roberts
Jillian R. Roffer
Yarden Hodes
William Wolfe Taub
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: 212-506-1800

*Attorneys for Plaintiffs*

/s/

Daniel M. Petrocelli
*Admitted Pro Hac Vice*
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, California  90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779
E-mail: dpetrocelli@omm.com

Daniel L. Cantor
Anton Metlitsky
Jennifer B. Sokoler
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
17th Floor
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
E-Mail: dcantor@omm.com
         ametlitsky@omm.com
         jsokoler@omm.com

*Attorneys for Defendant New York University*